**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

September 2, 2026

**By ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
New York, NY 10007

Re: *The New York Times Company, et al. v. U.S. Immigration and Customs Enforcement*, No. 26 Civ. 6481 (ALC)

Dear Judge Carter:

This Office represents U.S. Immigration and Customs Enforcement ("ICE"), the defendant in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*. We write to respectfully request that the deadline for ICE to respond to the Complaint, which is currently September 8, 2026, be extended 45 days to October 23, 2026. We also write respectfully to jointly request that the parties be permitted to submit a joint status report to the Court on that same date. We respectfully request the extension and leave to submit a joint status report because ICE is currently in the process of searching for documents responsive to Plaintiffs' FOIA request and anticipates completing the initial search before the proposed October 23 status report deadline.

Based on the results of the search, the parties will discuss the scope of the request and any potential subsequent searches. Once searches are complete, ICE will commence its review of the documents. The parties also anticipate conferring in an effort to reach an agreed-upon timeline for the completion of processing and production of any responsive and non-exempt documents. This is ICE's first request to extend its deadline to respond to the Complaint. Plaintiffs consent to this request. This request does not affect any other deadlines or scheduled court appearances.

We thank the Court for its consideration of these requests.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Harry Fidler*
HARRY K. FIDLER
Assistant United States Attorney
Tel.: (212) 637-2321
Harry.Fidler@usdoj.gov